# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| MONOLITO B. COOPER, | ) | |
| *Plaintiff*, | ) ) | |
| | ) | Case No. 1:24-cv-173 |
| v. | ) ) | Judge Atchley |
| | ) | |
| BILL LEE, *et al.*, | ) ) | Magistrate Judge Steger |
| *Defendants*. | ) ) ) | |

## ORDER

On February 24, 2024, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation [Doc. 11] pursuant to 28 U.S.C. § 636 and the Rules of this Court. The Magistrate Judge recommends that Plaintiff's claims against Bill Lee, in his official capacity as Governor of Tennessee, be **DISMISSED WITH PREJUDICE** and that the remainder of Plaintiff's case be **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Steger's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 11] and hereby **ORDERS** the following:

---

[1] Magistrate Judge Steger advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. (Doc. 11 at 3 n.1); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

1. Plaintiff's claims against Bill Lee, in his official capacity as Governor of Tennessee, are **DISMISSED WITH PREJUDICE**.

2. The remainder of Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted.

A separate judgment order will enter.

**SO ORDERED.**

            */s/ Charles E. Atchley, Jr.*
            **CHARLES E. ATCHLEY, JR.**
            **UNITED STATES DISTRICT JUDGE**